JAMES R. PITTMAN, EMPLOYEE v. INTERNATIONAL PAPER COMPANY, EMPLOYER, WAUSAU INSURANCE COMPANY, CARRIER

No. 86A99

(Filed 8 October 1999)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 132 N.C. App. 151, 510 S.E.2d 705 (1999), affirming an opinion and award entered by the North Carolina Industrial Commission on 26 September 1997. Heard in the Supreme Court 15 September 1999.

*Gillespie & Higgins, by James B. Gillespie, Jr., for plaintiff-appellee.*

*Teague, Campbell, Dennis & Gorham, L.L.P., by Gregory M. Willis, for defendant-appellants.*

PER CURIAM.

AFFIRMED.